# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| BILLY SCHOPPE and <br> CANDACE MARIE SCHOPPE | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 3:17-CV-2099-S-BK |
| SPECIALIZED LOAN SERVICING LLC <br> and DEUTSCHE BANK NATIONAL <br> TRUST COMPANY, AS TRUSTEE FOR <br> MORGAN STANLEY MORTGAGE <br> LOAN TRUST 2005-7, MORTGAGE <br> PASS-THROUGH CERTIFICATES, <br> SERIES 2005-7 | § <br> § <br> § <br> § <br> § <br> § <br> § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 129. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiffs' Motion for Partial Summary Judgment [ECF No. 116] is **DENIED** and Defendants' Motion for Summary Judgment on Plaintiffs' Usury Claim [ECF No. 112] is **GRANTED**.

**SO ORDERED.**

SIGNED October 7, 2022.

_____
**UNITED STATES DISTRICT JUDGE**